IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cause No. CR 08-76-GF-SEH |
| | ) | CV 10-31-GF-SEH |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHN PAUL DEWEY, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

On May 25, 2010, Defendant/Movant John Dewey ("Dewey"), a federal prisoner proceeding pro se, moved to vacate, set aside, or correct his sentence, under 28 U.S.C. § 2255. The motion is supported by a brief in support, various exhibits, and a document titled "Re: 2255 motion Facts to Support Request for Relief 2255."

District courts will not consider § 2255 motions while a direct appeal is pending. Feldman v. Henman, 815 F.2d 1318, 1320 (9th Cir. 1987) (as amended); United States v. Deeb, 944 F.2d 545, 548 (9th Cir. 1991); Rule 5, Rules Governing Section 2255 Proceedings for the United States District Courts, advisory committee's note (quoting Womack v. United States, 395 F.2d 630, 631 (D.C. Cir. 1968)). The

1

time to file a petition for writ of certiorari to the United States Supreme Court has not expired. The motion is premature. A certificate of appealability is not warranted. Lozada v. Deeds, 498 U.S. 430, 432 (1991) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983)); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

ORDERED:

1. Dewey's motion to vacate, set aside, or correct the sentence (doc. 90) is DISMISSED WITHOUT PREJUDICE.

2. A certificate of appealability is DENIED.

3. The Clerk of Court shall enter a judgment of dismissal in Cause No. CV 10-31-GF-SEH.

DATED this 26th day of May, 2010.

*[signature]*

Sam E. Haddon
United States District Court

2